Nancy A. Mitchell, IL Bar No. 6199397
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400

*Attorney for Blue Wolf Capital Management and
Blue Wolf Education, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| PLATFORM LEARNING, INC. : | Case No. 06-11391 (RDD) |
| : | |
| Debtor. : | **MOTION OF NANCY A. MITCHELL** |
| : | **TO APPEAR *PRO HAC VICE*** |

---------------------------------------------------------x

    I, Nancy A. Mitchell, a member in good standing of the bar in the State of Illinois, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Blue Wolf Capital Management and Blue Wolf Education, LLC, in the above-referenced case.

| | |
|---|---|
| Mailing Address: | Nancy A. Mitchell, Esq. |
| | Greenberg Traurig, LLP |
| | 77 West Wacker Drive, Suite 2500 |
| | Chicago, Illinois 60601 |
| Telephone: | (312) 456-8400 |
| Facsimile: | (312) 456-8435 |
| E-mail: | mitchelln@gtlaw.com |

    I have agreed to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: November 21, 2006
       Chicago, Illinois

                                      /s/ Nancy A. Mitchell
                                      Nancy A. Mitchell

---

### **ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED that Nancy A. Mitchell is admitted to practice, *pro hac vice,* in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
       New York, New York

                                      _____
                                      UNITED STATES BANKRUPTCY JUDGE

*CHI 56580103v1 11/21/2006*